RECEIVED
IN LAKE CHARLES, LA.

DEC 14 2016

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RICKEY D. ARVIE | * | CIVIL ACTION NO. 2:14-CV-03302 |
| D.O.C. # 448612 | * | |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| N. BURL CAIN | * | |
| | * | MAGISTRATE JUDGE KAY |
| | * | |
| | * | |

*******************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc.21) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 5 day of Dec_____, 2016.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

1